1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:13-CR-00173-LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING STATUS ) CONFERENCE; ORDER |
| | ) Date: July 29, 2013 |
| v. | ) Time: 1:00 P.M. ) Judge: SHEILA K. OBERTO |
| CRENCIO MEDRANO-FARFAN, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for June 17, 2013, may be continued to **July 29, 2013, at 1:00 p.m**.

The reason for the continuance is due to the passing of the mother of the assigned prosecutor. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: June 13, 2013         BENJAMIN B. WAGNER
                             United States Attorney

                         By:  ___/s/_____
                             KAREN A. ESCOBAR
                             Assistant U.S. Attorney


Dated: June 13, 2013         ___/s/_____
                             Richard Beshwate
                             Counsel for Defendant
                             Crecencio Medrano-Farfan

# O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:  June 13, 2013**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE