IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　 )　　　No. 1:13-CR-00173 LJO
　　　　　　　　　　　　　　　　　)
　　　　vs.　　　　　　　　　　　 )　　　ORDER OF RELEASE
　　　　　　　　　　　　　　　　　)
CRECENCIO MEDRANO-FARFAN,　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　)
　　　　　　　　　　　　　　　　　)

The above named defendant having been sentenced on July 29, 2013, to a period of TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:　July 29, 2013**　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE